UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-CIV-22129- UNGARO/OTAZO-REYES

MARC SCHILLER,

    Plaintiff,

vs.

VIACOM, INC., et al.,

    Defendants.
_____/

## DECLARATION OF MICHAEL BAY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

I, Michael Bay, declare as follows:

1. Unless otherwise stated, I make this declaration based on my own personal knowledge, and, if called upon to testify in this matter, I could and would competently do so under oath.

2. I make this declaration in support of a Motion For Protective Order concerning my deposition in this action.

3. I am a motion picture and television director and producer, and I directed and produced the 2013 motion picture entitled *Pain & Gain* (hereafter, "the Film") and I am a named defendant in this action.

4. I have directed many motion pictures including but not limited to all pictures in the *Transformers* franchise (*Transformers*; *Transformers: Revenge of the Fallen*; *Transformers: Dark of the Moon*; *Transformers: Age of Extinction*), *Armageddon*, *Pearl Harbor*, *The Rock*,

1

*Bad Boys* and *Bad Boys II,* and have executive-produced and/or produced many beyond that. I reside in Miami, Florida, and I also maintain a home in Beverly Hills, California.

5. In addition to my other current film and television engagements, I am currently heavily consumed with the final post-production work on my upcoming motion picture entitled *13 Hours: The Secret Soldiers of Benghazi* ("*13 Hours*"), which is scheduled for release in theaters on January 15, 2016. I am conducting the post-production work from my offices in Santa Monica, California. Once post-production on *13 Hours* is completed, I am obligated to immediately commence cross-country travel to promote the film.

6. I understand that Plaintiff Marc Schiller has noticed my deposition in this action to take place on December 7, 2015, at 10 a.m. in Fort Lauderdale, Florida. While I fully understand my obligation to appear for deposition in this action, and am willing to do so, it would be extremely burdensome for me to be required to be present in Florida for a full-day deposition during regular business hours on that date.

7. Such a requirement would seriously jeopardize the very tight post-production and promotional schedule for *13 Hours*. Not only would this represent a personal inconvenience to myself and dozens of other individuals who are currently working under my supervision to finish and promote *13 Hours* prior to its release date, but it could also have serious financial repercussions for defendant Paramount Pictures, which has committed many millions of dollars to the production and marketing of *13 Hours,* all contingent upon the January 15, 2016 release date being met. If my deposition must take place in early December 2015, I would be able to set aside up to two (2) hours per day for up to four (4) days (for a total of 7 hours), either before or after regular business hours, so that I could be deposed at or near my Santa Monica offices in to meet my obligations with respect to *13 Hours*.

8. Finally, it would be much less burdensome for me and those working on post-production of *13 Hours* if I could appear for deposition in this action sometime after the release of *13 Hours*, i.e. after January 15, 2016 (but prior to January 29, 2016 which I understand to be the cut-off date for depositions in this action). If this request is able to be accommodated, I may

2

be able to appear for a full-day deposition, during regular business hours, in Fort Lauderdale or elsewhere in the greater Miami area, after that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on December 3, 2015 at Santa Monica, California.

_____
Michael Bay

Michael Bay Declaration.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing DECLARATION OF MICHAEL BAY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER was served by CM/ECF, on December 3, 2015, on all counsel or parties of record on the service list.

                                            s/Thomas R. Julin
                                            Thomas R. Julin

Case No.: 1:15-CIV-22129-UNGARO

## SERVICE LIST

| | |
|---|---|
| Holly Ostrov-Ronai, Esq.<br>Email: hostrovronai@ronaifirm.com<br>Ronai & Ronai, LLP<br>The Ronai Building<br>34 Adee Street<br>Port Chester, New York  10573<br><br>Tel:  (914) 824-4777<br>Fax:  (914) 937-1580 | *Attorneys for Plaintiff*<br><br>Marc Schiller |
| Peter Ronai, Esq.<br>Email:  ronaifirm@aol.com<br>Ronai & Ronai, LLP<br>19 West 34th Street<br>New York, New York 10001<br><br>Tel:  (212) 268-4777<br>Fax:  (914) 683-6568 | *Attorneys for Plaintiff*<br><br>Marc Schiller |
| Thomas Julin, Esq.<br>Email:  tjulin@hunton.com<br>Hunton & Williams LLP<br>Sabadell Financial Center<br>1111 Brickell Ave., Suite 2500<br>Miami, Florida  33131<br><br>Tel:  (305) 495-4915<br>Fax:  (305) 495-4915 | *Attorneys for Defendants*<br><br>Paramount Pictures Corporation, Paramount Home Entertainment, Inc., Viacom, Inc., De Line Pictures, Inc., Michael Bay, Donald De Line, Ian Bryce, Christopher Markus, Stephen McFeely, General Nutrition Corporation, GNC Holdings, Inc., Nutra Manufacturing, Inc., and Mark Wahlberg |
| Robert Alan Selig<br>Email:  raselig@bellsouth.net<br>Boone & Davis PA<br>2311 North Andrews Avenue<br>Wilton Manors, FL 33311<br><br>Tel:  (945) 566-9919<br>Fax:  (964) 566-2680 | *Attorneys for Plaintiff*<br><br>Marc Schiller |